UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Tene Carr,<br><br>            Plaintiff,<br><br>v.<br><br>Merrick Garland, and Doe Defendants<br>1-10 Inclusive.<br><br><br>            Defendants. | No. 2:19-cv-9112-CBM (JEMx)<br><br>**JUDGMENT  [JS-6]** |

    Consistent with the Court's Order re: Defendant's Motion for Summary Judgment or, in the Alternative, Summary Adjudication, judgment is hereby entered in favor of Defendant Merrick Garland and against Plaintiff Tene Carr.

 Dated: November 3, 2022.

HONORABLE CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

1